**Deny and Opinion Filed May 13, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00547-CV

### IN RE JAMES MCCOY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to rule on his Motion to Compel Discovery Schedule. The facts and issues are well known to the parties, so we need not recount them herein. A writ of mandamus issues to correct a clear abuse of discretion when no adequate remedy by appeal exists. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Relator has failed to establish that the trial court has clearly abused its discretion. Accordingly, we **DENY** the petition for writ of mandamus.

/Lana Myers/
LANA MYERS
JUSTICE

140547F.P05